# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| STEPHEN KNOWLES, TRUSTEE OF THE BRICKLAYERS OF INDIANA RETIREMENT FUND, BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND, BRICKLAYERS AND ALLIED CRAFTWORKERS INTERNATIONAL HEALTH FUND (AS SUCCESSOR TO BRICKLAYERS OF INDIANA HEALTH AND WELFARE FUND), INDIANA BRICKLAYERS LOCAL 4 JOINT APPRENTICESHIP TRAINING COMMITTEE AND INDIANAPOLIS PENSION FUND,<br>                    Plaintiffs,<br>v.<br>WEATHER TIGHT, INC., an Indiana domestic for-profit corporation,<br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 1:18-cv-2244-SEB-DML<br>)<br>)<br>)<br>)<br>)<br>) |

## AGREED STIPULATION OF DISMISSAL

The parties having so stipulated, the above-captioned cause of action is hereby dismissed with prejudice for all periods through August 31, 2018. Each party will bear its own respective attorney's fees and costs without reimbursement.

| | |
|---|---|
| s/ Donald D. Schwartz | s/ Douglas Dormier Powers |
| Donald D. Schwartz<br>Arnold and Kadjan, LLP<br>35 East Wacker Drive, Suite 600<br>Chicago, IL 60601<br>312-236-0415 | Douglas Dormire Powers<br>Beckman Lawson LLP<br>201 West Wayne Street<br>Fort Wayne, IN 46802<br>260-422-0800 |
| Attorney for Plaintiffs | Attorney for Defendant |

Dated: October 7, 2019

_____
JUDGE, United States District Court