**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

Acknowledged.

This action is hereby
dismissed with prejudice.

Date: 10/10/2019

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

| | |
|---|---|
| STEPHEN KNOWLES, TRUSTEE OF THE<br>BRICKLAYERS OF INDIANA RETIREMENT<br>FUND, BRICKLAYERS AND TROWEL TRADES<br>INTERNATIONAL PENSION FUND, BRICKLAYERS<br>AND ALLIED CRAFTWORKERS INTERNATIONAL<br>HEALTH FUND (AS SUCCESSOR TO BRICKLAYERS<br>OF INDIANA HEALTH AND WELFARE FUND),<br>INDIANA BRICKLAYERS LOCAL 4 JOINT<br>APPRENTICESHIP TRAINING COMMITTEE AND<br>INDIANAPOLIS PENSION FUND, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) No. 1:18-cv-2244-SEB-DML |
| v. | )<br>) |
| WEATHER TIGHT, INC., an Indiana domestic for-profit<br>corporation, | )<br>) |
| Defendant. | ) |

## AGREED STIPULATION OF DISMISSAL

The parties having so stipulated, the above-captioned cause of action is hereby
dismissed with prejudice for all periods through August 31, 2018.  Each party will bear
its own respective attorney's fees and costs without reimbursement.


s/ Donald D. Schwartz
Donald D. Schwartz
Arnold and Kadjan, LLP
35 East Wacker Drive, Suite 600
Chicago, IL 60601
312-236-0415

Attorney for Plaintiffs

Dated: October 7, 2019

s/ Douglas Dormier Powers
Douglas Dormire Powers
Beckman Lawson LLP
201 West Wayne Street
Fort Wayne, IN 46802
260-422-0800

Attorney for Defendant